IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Stacey L. Weber | : | |
|     Debtor | : | Chapter 13 |
| | : | |
| Stacey L. Weber | : | Bankruptcy No. 1:19-bk-05142-HWV |
|     Movant | : | |
| v. | : | |
| | : | |
| Home Point Financial Corporation | : | |
|     Respondent | : | |

**RESPONSE OF HOME POINT FINANCIAL CORPORATION TO OBJECTION TO PROOF OF CLAIM**

Respondent, Home Point Financial Corporation, by and through its attorneys, Phelan Hallinan Diamond & Jones, LLP, hereby responds to Objection to Proof of Claim and in support thereof, avers as follows:

1. Denied. It is specifically denied that the Respondent received a refund for Sheriff's Fees and Costs.

2. Denied. The Proof of Claim should not be stricken as no refund has been provided by the Sheriff's Office.

**WHEREFORE**, Respondent, Home Point Financial Corporation respectfully requests that this Honorable Court deny Objection to Proof of Claim in its entirety.

Respectfully submitted,

Date: April 24, 2020

/s/ Mario J. Hanyon, Esquire
Mario J. Hanyon, Esq., Id. No.203993
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31340
Fax Number: 215-568-7616
Email: mario.hanyon@phelanhallinan.com